# Exhibit B:

# McKinney Municipal Court Order

# Granting ADA Accommodation and

# Denying Court Reporter

# (Signed June 2, 2026)



COPY

CASE(S): 25CD221801 & 25CD221802

| STATE OF TEXAS | I | IN THE MUNICIPAL COURT |
| --- | --- | --- |
| v. | I | CITY OF McKINNEY |
| JACOB LUCE, Defendant | I | COLLIN COUNTY, TEXAS |

## ORDER ON DEFENDANT'S "FORMAL REQUEST" FOR AN OFFICIAL COURT REPORTER RECORD AND REASONABLE ADA ACCOMODATIONS

On this __2nd__ day of June , 2026, the Court, having considered the Motion, attached exhibits, and the argument of the Defendant and the State, finds that the Motion should be:

1) GRANTED: __AS TO A RECORD BY RECORDING AND FOR LAUREN GIFFORD TO ASSIST AS CARETAKER TO THE DEFENDANT.__

2) DENIED.- AS TO A COURT REPORTER REQUIRED.

3) OTHER: _____

_____

_____

Signed this __2nd__ day of June 2026.

_____

Peter J. Graham, Judge

McKinney Municipal Court

BY: _____ @ 1:39 pm

RECEIVED JUN 0 2 2026