# Exhibit C:

# Original Charging Complaints and

# In-Court Summons Issued to Defendant

# on June 2, 2026

COMPLAINT

| | |
|---|---|
| DOCKET #<br>25CD221801 | CITATION #<br>2218 1 |

ANIMAL - FAIL TO RESTRAIN (LEASH)

| | |
|---|---|
| STATE OF TEXAS | IN THE MUNICIPAL COURT |
| VS. | CITY OF MCKINNEY |
| JACOB COLTON LUCE | COLLIN COUNTY, TEXAS |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS I, the undersigned affiant, do solemnly swear that I have good reason to believe and do believe that JACOB COLTON LUCE, hereinafter referred to as defendant, on or about September 25, 2025, and before the making and filing of this complaint, within the territorial limits of the City of McKinney, Collin County, Texas, to wit: 301 STANDIFER STREET,

did then and there unlawfully fail to keep an animal, to wit: A BLACK AND TAN GERMAN SHEPHERD TYPE DOG OR A MIXTURE OF THAT BREED WITH ANOTHER BREED OR BREEDS, under restraint by having the animal secured by a person holding a leash no more than six (6) feet in length and of such strength to control the animal, contrary to City of McKinney Code of Ordinances, Sections 26-1 and 26-14(a).

AGAINST THE PEACE AND DIGNITY OF THE STATE.

*Molly Craft*

AFFIANT

SWORN AND SUBSCRIBED BEFORE ME BY AFFIANT

THIS 26th DAY OF DECEMBER, 2025

_____

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

OR

COURT CLERK/DEPUTY COURT CLERK /DATE DECEMBER 26, 2025

COMPLAINT

DOCKET #
25CD221802

CITATION #
2218-2

INTERFERE DUTIES ANIMAL CONTROL OFFICER

STATE OF TEXAS
VS.
JACOB COLTON LUCE

IN THE MUNICIPAL COURT
CITY OF MCKINNEY
COLLIN COUNTY, TEXAS

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS I, the undersigned affiant, do solemnly swear that I have good reason to believe and do believe that JACOB COLTON LUCE, hereinafter referred to as defendant, on or about September 25, 2025, and before the making and filing of this complaint, within the territorial limits of the City of McKinney, Collin County, Texas, to wit: 301 STANDIFER STREET,

did then and there intentionally or knowingly unlawfully interfere with an animal control officer while the officer was engaged in the performance of his or her duties, to wit:  BY REFUSING TO PROVIDE DEFENDANT'S FULL NAME, DATE OF BIRTH, AND MAILING ADDRESS, as prohibited by City of McKinney Code of Ordinances, Section 26-7(3),

AGAINST THE PEACE AND DIGNITY OF THE STATE.

*Molly Craft*

AFFIANT

SWORN AND SUBSCRIBED BEFORE ME BY AFFIANT

THIS 26th DAY OF DECEMBER, 2025

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

OR

COURT CLERK/DEPUTY COURT CLERK /DATE DECEMBER 26, 2025

**SUMMONS TO APPEAR AT PRE-TRIAL HEARING**
**CAUSE NUMBER: 25CD221802**
**OFFENSE: INTERFERE DUTIES ANIMAL CONTROL OFFICER**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| VS. | § | CITY OF MCKINNEY |
| JACOB COLTON LUCE | § | COLLIN COUNTY, TEXAS |

**TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:**

YOU ARE HEREBY COMMANDED TO SUMMON the Defendant, JACOB COLTON LUCE, to personally appear before the McKinney Municipal Court, 130 S. Chestnut Street, McKinney, Texas 75069; (972) 547-7676 to answer for the above listed charge at a **PRETRIAL HEARING** on:

**July 7, 2026 at 1:30 PM**

**To the person summoned above:**

You are ORDERED to personally appear at the McKinney Municipal Court at the time and place stated above and to appear and be present during all proceedings relating to this case. **FAILURE TO APPEAR MAY BE PUNISHABLE AS A CLASS C MISDEMEANOR AND A WARRANT OF ARREST MAY BE ISSUED.**

It is an offense for a person to intentionally influence or coerce a witness to testify falsely or to elude legal process. It is also a felony offense to harm or threaten to harm a witness or prospective witness in retaliation for or on account of the service of the person as a witness or to prevent or delay the person's service as a witness to a crime.

Se le ordena que comparezca personalmente usted al Tribunal Municipal a la hora y el lugar determinado arriba y que comparezca y esté presente durante la toma de declaración del demandado y en todos los procesamientos relacionados con el caso. La falta de comparecer puede ser castigada como un delito de crimen menor Clase C y resulta en orden de arresto.

Es una ofensa que una persona intencionalmente ejerza influencia o coerción sobre un testigo para que testifique falsamente o para eludir el proceso legal. También es una ofensa de delito grave, o felonía, dañar o amenazar a un testigo o testigo en prospecto por retaliación por o debido al servicio que la persona presta como testigo, o prevenir o dilatar los servicios de la persona como testigo de un crimen.

**HEREIN FAIL NOT**, and make due return hereof, showing how you have executed this Summons.

**WITNESS** my official signature, this June 2, 2026 .

Judge, McKinney Municipal Cour
Collin County, Texas

**OFFICER'S RETURN**

Came to hand the 2nd day of June , 2026, at 244 o'clock P.m., and executed the 2nd day of June , 2026 at 2pm o'clock P .m. by:

☑ Delivering a copy of this Summons to the person personally

☐ Leaving a copy of this Summons at the person's dwelling house or usual place of abode with some person of suitable age (age 18 and up) and discretion then residing therein

☐ Mailing a copy of this Summons to the person's last known address.

Address of Summoned Person:

130 S chestnut St
Mckinney, Tx 75069

Marshal/ Peace Officer's Signature

COPY

RECEIVED JUN 0 2 2026 2:49 P. BY: EL

**SUMMONS TO APPEAR AT TRIAL**
**CAUSE NUMBER:  25CD221802**
**OFFENSE:  INTERFERE DUTIES ANIMAL CONTROL OFFICER**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| VS. | § | CITY OF MCKINNEY |
| JACOB COLTON LUCE | § | COLLIN COUNTY, TEXAS |

**TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:**

YOU ARE HEREBY COMMANDED TO SUMMON the Defendant, JACOB COLTON LUCE, to personally appear before the McKinney Municipal Court, 130 S. Chestnut Street, McKinney, Texas 75069; (972) 547-7676 to answer for the above listed charge at a **TRIAL** on:

**July 14, 2026 at 8:30 AM**

**To the person summoned above:**

You are ORDERED to personally appear at the McKinney Municipal Court at the time and place stated above and to appear and be present during all proceedings relating to this case. **FAILURE TO APPEAR MAY BE PUNISHABLE AS A CLASS C MISDEMEANOR AND A WARRANT OF ARREST MAY BE ISSUED.**

It is an offense for a person to intentionally influence or coerce a witness to testify falsely or to elude legal process. It is also a felony offense to harm or threaten to harm a witness or prospective witness in retaliation for or on account of the service of the person as a witness or to prevent or delay the person's service as a witness to a crime.

Se le ordena que comparezca personalmente usted al Tribunal Municipal a la hora y el lugar determinado arriba y que comparezca y esté presente durante la toma de declaración del demandado y en todos los procedimientos relacionados con el caso. La falta de comparecer puede ser castigada como un delito de crimen menor Clase C y resulta en orden de arresto. Es una ofensa que una persona intencionalmente ejerza influencia o coerción sobre un testigo para que testifique falsamente o para eludir el proceso legal. También es una ofensa de delito grave, o felonía, dañar o amenazar a un testigo o testigo en prospecto por retaliación por o debido al servicio que la persona presta como testigo, o prevenir o dilatar los servicios de la persona como testigo de un crimen.

**HEREIN FAIL NOT,** and make due return hereof, showing how you have executed this Summons.

**WITNESS** my official signature, this June 2, 2026 .

Judge, McKinney Municipal Cour
Collin County, Texas

--------------------------------

**OFFICER'S RETURN**

Came to hand the _2nd_ day of _June_ , 20_26_, at _344_ o'clock _P_ .m., and executed the _2nd_ day of _June_ , 20_26_ at _344_ o'clock _P_ .m. by:

☑ Delivering a copy of this Summons to the person personally

☐ Leaving a copy of this Summons at the person's dwelling house or usual place of abode with some person of suitable age (age 18 and up) and discretion then residing therein

☐ Mailing a copy of this Summons to the person's last known address.

Address of Summoned Person:
_130 S Chestnut St_
_McKinney, Tx 75069_

Marshal/ Peace Officer's Signature

COPY

RECEIVED JUN 0 2 2026   2:48 PM

BY: _EL_

## SUMMONS TO APPEAR AT PRE-TRIAL HEARING
### CAUSE NUMBER:  25CD221801
### OFFENSE:  ANIMAL - FAIL TO RESTRAIN (LEASH)

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE MUNICIPAL COURT** |
| **VS.** | § | **CITY OF MCKINNEY** |
| JACOB COLTON LUCE | § | **COLLIN COUNTY, TEXAS** |

**TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:**

YOU ARE HEREBY COMMANDED TO SUMMON the Defendant, JACOB COLTON LUCE, to personally appear before the McKinney Municipal Court, 130 S. Chestnut Street, McKinney, Texas 75069; (972) 547-7676 to answer for the above listed charge at a **PRETRIAL HEARING** on:

### July 7, 2026 at 1:30 PM

**To the person summoned above:**

You are ORDERED to personally appear at the McKinney Municipal Court at the time and place stated above and to appear and be present during all proceedings relating to this case. FAILURE TO APPEAR MAY BE PUNISHABLE AS A CLASS C MISDEMEANOR AND A WARRANT OF ARREST MAY BE ISSUED.

It is an offense for a person to intentionally influence or coerce a witness to testify falsely or to elude legal process. It is also a felony offense to harm or threaten to harm a witness or prospective witness in retaliation for or on account of the service of this person as a witness or to prevent or delay the person's service as a witness to a crime.

Se le ordena que comparezca personalmente usted al Tribunal Municipal a la hora y el lugar determinado arriba y que comparezca y esté presente durante la toma de declaración del demandado y en todos los procesamientos relacionados con el caso. La falta de comparecer puede ser castigada como un delito de crimen menor Clase C y resulta en orden de arresto.

Es una ofensa que una persona intencionalmente ejerza influencia o coerción sobre un testigo para que testifique falsamente o para eludir el proceso legal. También es una ofensa de delito grave, o felonía, dañar o amenazar a un testigo o testigo en prospecto por retaliación por o debido al servicio que la persona presta como testigo, o prevenir o dilatar los servicios de la persona como testigo de un crimen.

**HEREIN FAIL NOT**, and make due return hereof, showing how you have executed this Summons.

**WITNESS** my official signature, this June 2, 2026 .



Judge, McKinney Municipal Court
Collin County, Texas.

......................................................**OFFICER'S RETURN**.........................................

Came to hand the *2nd* day of *June* , 20*26* , at *2:44* o'clock *P* .m., and executed the *2nd* day of *Jun* , 20*26* at *2:44* o'clock *P* .m. by:

☑ Delivering a copy of this Summons to the person personally

☐ Leaving a copy of this Summons at the person's dwelling house or usual place of abode with some person of suitable age (age 18 and up) and discretion then residing therein

☐ Mailing a copy of this Summons to the person's last known address.

Address of Summoned Person:

*130 S Chestnut St*
*McKinney, Tx 75069*

*Pamela M200*
Marshal/ Peace Officer's Signature

COPY

RECEIVED
JUN 0 2 2026    2:50 PM
BY: *EL*

**SUMMONS TO APPEAR AT TRIAL**
CAUSE NUMBER: 25CD221801
OFFENSE: ANIMAL - FAIL TO RESTRAIN (LEASH)

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| VS. | § | CITY OF MCKINNEY |
| JACOB COLTON LUCE | § | COLLIN COUNTY, TEXAS |

## TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:

YOU ARE HEREBY COMMANDED TO SUMMON the Defendant, JACOB COLTON LUCE, to personally appear before the McKinney Municipal Court, 130 S. Chestnut Street, McKinney, Texas 75069, (972) 547-7676 to answer for the above charge at a **TRIAL** on:

### July 14, 2026 at 8:30 AM

To the person summoned above:

You are ORDERED to personally appear at the McKinney Municipal Court at the time and place stated above and to appear and be present during all proceedings relating to this case. **FAILURE TO APPEAR MAY BE PUNISHABLE AS A CLASS C MISDEMEANOR AND A WARRANT OF ARREST MAY BE ISSUED.**

It is an offense for a person to intentionally influence or coerce a witness to testify falsely or to elude legal process. It is also a felony offense to harm or threaten to harm a witness or prospective witness in retaliation for or on account of the service of the person as a witness or to prevent or delay the person's service as a witness to a crime.

Se le ordena que comparezca personalmente usted al Tribunal Municipal a la hora y el lugar determinado arriba y que comparezca y esté presente durante la toma de declaración del demandado y en todos los procesamientos relacionados con el caso. La falta de comparecer puede ser castigada como un delito de crimen menor Clase C y resulta en orden de arresto. Es una ofensa que una persona intencionalmente ejerza influencia o coerción sobre un testigo para que testifique falsamente o para eludir el proceso legal. También es una ofensa de delito grave, o felonía, dañar o amenazar a un testigo o testigo en prospecto por retaliación por o debido al servicio que la persona presta como testigo, o prevenir o dilatar los servicios de la persona como testigo de un crimen.

**HEREIN FAIL NOT**, and make due return hereof, showing how you have executed this Summons.

**WITNESS** my official signature, this June 2, 2026.



Judge, McKinney Municipal Court
Collin County, Texas.

---

**OFFICER'S RETURN**

Came to hand the 2nd day of June, 2026 at 2 M o'clock P .m., and executed the 2nd day of June, 2026 at 2 M o'clock P .m. by:

☑ Delivering a copy of this Summons to the person personally

☐ Leaving a copy of this Summons at the person's dwelling house or usual place of abode with some person of suitable age (age 18 and up) and discretion then residing therein

☐ Mailing a copy of this Summons to the person's last known address.

Address of Summoned Person:
130 S Chestnut St
McKinney, TX 75069


Marshal/ Peace Officer's Signature

COPY



RECEIVED JUN 02 2026 2:50 PM BY: EL