# Exhibit D:

## McKinney Municipal Court

## Notice of Evidentiary Lockout

RCVD EMAIL 5/29/2026 @ 1:00 PM

## CAUSE NOS. 25-CD-221801 & 25-CD-221802

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| v. | § | |
| JACOB C. LUCE, | § | CITY OF MCKINNEY |
| Defendant. | § | COLLIN COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF UNCONSTITUTIONAL EVIDENTIARY LOCKOUT AND DENIAL OF DUE PROCESS

### TO THE HONORABLE JUDGE:

Defendant Jacob C. Lucé, proceeding *pro se,* files this urgent Notice to formally apprise the Court of an unconstitutional evidentiary lockout being actively orchestrated by the municipal clerk's office. The Court's administrative staff has explicitly and extrajudicially barred the Defendant from submitting physical evidence onto the record to support his pending pre-trial motions. This unilateral gatekeeping by ministerial staff represents a severe deprivation of fundamental rights guaranteed by both the Texas and United States Constitutions.

### I.

### THE EVIDENTIARY LOCKOUT

1.        On May 26, 2026, Defendant filed a series of dispositive pre-trial motions, including a *Motion to Dismiss for Vindictive Prosecution* and a *Motion for Sanctions for Egregious Prosecutorial*

---

DEFENDANT'S NOTICE OF UNCONSTITUTIONAL EVIDENTIARY
LOCKOUT AND DENIAL OF DUE PROCESS                                                                 Page 1

*Misconduct*.

2.     To properly support the factual claims in these motions, Defendant concurrently filed a formal *Notice of Manual Filing* and physically delivered USB flash drives to the municipal clerk containing highly exculpatory video and police bodycam evidence (**See Exhibit A, File-Stamped Notice of Manual Filing**).

3.     On May 28, 2026, McKinney Municipal Court Clerk April Morman sent an email unilaterally rejecting and returning Defendant's physical USB video evidence. The clerk explicitly stated in writing that the court "*cannot accept evidence prior to your trial date*," thereby effectively barring the Defendant from establishing an evidentiary record for his pre-trial motions (**See Exhibit B, Email from Clerk April Morman**).

## II.

### BLATANT VIOLATION OF STATE AND FEDERAL CONSTITUTIONS

4.     Court clerks are strictly ministerial officers. They possess absolutely no judicial or statutory authority to rule on the admissibility, timing, or validity of evidentiary exhibits attached to formally filed pre-trial motions.

5.     By refusing to docket physical evidence that proves the Defendant's claims of prosecutorial misconduct, the clerk's office is operating an administrative blockade that deprives the Defendant of his Sixth Amendment right to present a meaningful defense and violates the Due Process protections of the Fourteenth Amendment.

6.     The clerk's actions directly violate Article 1, Section 10 of the Texas Constitution,

---

**DEFENDANT'S NOTICE OF UNCONSTITUTIONAL EVIDENTIARY LOCKOUT AND DENIAL OF DUE PROCESS**                                                                                   **Page 2**

which guarantees the accused the right to be heard and to obtain and produce evidence in their favor. Furthermore, barring a citizen from supplementing the official court record prior to a critical pre-trial hearing violates the "due course of law" mandated by Article 1, Section 19.

7.    It is procedurally impossible for this Court to hold a fair hearing on a *Motion to Dismiss* or a *Motion for Sanctions* when the Court's own administrative staff is actively preventing the Defendant from placing the supporting evidence onto the judge's desk.

## III.

## PRAYER FOR RELIEF

Because the administrative apparatus of this Court cannot be utilized to unconstitutionally lock a Defendant out of their own defense, Defendant respectfully requests that the Court:

A.    **TAKE JUDICIAL NOTICE** of the unconstitutional evidentiary lockout orchestrated by the municipal clerk's office;

B.    **ORDER** the municipal clerk's office to immediately accept, docket, and retain the Defendant's physically submitted USB video evidence pursuant to his May 26, 2026 Notice of Manual Filing; and

C.    Grant any other relief to which Defendant is justly entitled to cure this severe Due Process violation.

Dated this 29th day of May, 2026.

Respectfully submitted,

*/s/ Jacob C. Lucé*

**JACOB C. LUCÉ**

Defendant, Pro Se

4100 Eldorado Pkwy, 100 #223

McKinney, TX 75070

(469) 333-0713

info@luceprospectgroup.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Objection was served via electronic mail upon the Prosecutor for the City of McKinney, Molly Craft (mcraft@mckinneytexas.org), on this 29th day of May, 2026.

*/s/ Jacob C. Lucé*

**JACOB C. LUCÉ**

## INDEX OF EXHIBITS

**Exhibit A:** Defendant's File-Stamped Notice of Manual Filing (May 26, 2026)

**Exhibit B:** Official Communication from McKinney Municipal Court Clerk April Morman

Rejecting Defendant's Evidence (May 28, 2026)

# Exhibit A:

# Defendant's File-Stamped Notice of Manual Filing

# (May 26, 2026)

CAUSE NOS. 25-CD-221801 & 25-CD-221802

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| v. | § | |
| JACOB C. LUCE, | § | CITY OF MCKINNEY |
| Defendant. | § | COLLIN COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF MANUAL FILING OF VIDEO EVIDENCE EXHIBITS

### TO THE HONORABLE JUDGE AND THE CLERK OF THE COURT:

Please take notice that Defendant Jacob C. Lucé, proceeding *pro se*, has manually filed the following evidentiary exhibits with the Clerk of the McKinney Municipal Court:

**1. EXHIBIT B: Neighboring Building Video Footage of September 25, 2025 Incident.**

**2. EXHIBIT C: Starbucks MPD Bodycam Footage on September 26, 2025.**

These exhibits are heavily referenced in Defendant's concurrently filed *Motion to Dismiss for Vindictive Prosecution, Motion for Sanctions for Egregious Prosecutorial Misconduct,* and *Motion in Limine.* Because these exhibits are in a video format (.mp4) and cannot be converted to a static document or uploaded via standard electronic filing, they have been placed on a physical USB flash drive and submitted manually to the Court. A true and correct physical copy of this USB drive is being concurrently served upon the Prosecutor for the City of McKinney, Molly Craft.

RECEIVED
MAY 2 6 2026
BY:

---

DEFENDANT'S NOTICE OF MANUAL FILING OF VIDEO EVIDENCE EXHIBITS                    Page 1

Dated this 26th day of May, 2026.

Respectfully submitted,

*/s/ Jacob C. Lucé*

**JACOB C. LUCÉ**

Defendant, Pro Se

4100 Eldorado Pkwy, 100 #223

McKinney, TX 75070

(469) 333-0713

info@luceprospectgroup.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice was served via electronic mail upon the Prosecutor for the City of McKinney, Molly Craft (mcraft@mckinneytexas.org), on this 26th day of May, 2026.

*/s/ Jacob C. Lucé*

**JACOB C. LUCÉ**



RECEIVED
MAY 2 6 2026
BY:

---

**DEFENDANT'S NOTICE OF MANUAL FILING OF VIDEO EVIDENCE EXHIBITS**    **Page 2**

# Exhibit B:

# Official Communication from McKinney Municipal Court Clerk April Morman Rejecting Defendant's Evidence (May 28, 2026)

 **Jacob Lucé**

## Returning Evidence (Cause No. 25CD221801 & 25CD221802)

1 message

---

**April Morman** <amorman@mckinneytexas.org>                    Thu, May 28, 2026 at 4:05 PM
To: "info@luceprospectgroup.com" ▨▨▨▨▨▨▨▨▨▨▨

---

Good afternoon, Mr. Luce.

The court is returning the evidence you submitted on a USB flash drive on May 26, 2026.  Because the court cannot accept evidence prior to your trial date, the materials are being sent back to you.  The evidence will be mailed to your current address on file.

Thank you,

April

April Morman

Court Administrator

City of McKinney

Municipal Court

Direct: 972-547-7674

www.mckinneytexas.org



The material in this e-mail is intended only for the use of the individual to whom it is addressed and may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient, be advised that the unauthorized review, use, disclosure, duplication, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this e-mail in error, please notify the sender by return email and destroy all electronic and paper copies of the original message and any attachments immediately. Please note that neither City of McKinney nor the sender accepts any responsibility for viruses and it is your responsibility to scan attachments (if any). Thank You.