# Exhibit E:

# Orders of Continuance

# (May 5, 2026 and June 2, 2026)

**CAUSE NUMBER: 25CD221801**
**Offense: ANIMAL - FAIL TO RESTRAIN (LEASH)**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE MUNICIPAL COURT** |
| **VS.** | § | **CITY OF MCKINNEY** |
| JACOB COLTON LUCE | § | **COLLIN COUNTY, TEXAS** |

## ORDER REGARDING
## MOTION FOR CONTINUANCE

On this day, May 5, 2026, the Court considered the Motion for Continuance submitted by the:

☑ Defendant  ☐ State

The Court, having considered said Motion and any evidence submitted, determines that the Motion for Continuance is hereby:

☑ <u>GRANTED</u>. This cause shall be continued as follows: Set for pre-trial on Tuesday, 6/2/2026 at 1:00 pm.

☐ <u>DENIED</u>.

**Ordered on this the 5th day of May, 2026**



P.J. GROMAN

**Judge Presiding, McKinney Municipal Court**

CAUSE NUMBER: 25CD221802
Offense: INTERFERE DUTIES ANIMAL CONTROL OFFICER

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE MUNICIPAL COURT** |
| **VS.** | § | **CITY OF MCKINNEY** |
| JACOB COLTON LUCE | § | **COLLIN COUNTY, TEXAS** |

ORDER REGARDING
MOTION FOR CONTINUANCE

On this day, May 5, 2026, the Court considered the Motion for Continuance submitted by the:

☑ Defendant  ☐ State

The Court, having considered said Motion and any evidence submitted, determines that the Motion for Continuance is hereby:

☑ GRANTED. This cause shall be continued as follows: Set for pre-trial on Tuesday, 6/2/2026 at 1:00 pm.

☐ DENIED.

**Ordered on this the 5th day of May, 2026**

P.J. GROHAN

**Judge Presiding, McKinney Municipal Court**

**SUMMONS TO APPEAR AT PRE-TRIAL HEARING**
**CAUSE NUMBER: 25CD221802**
**OFFENSE: INTERFERE DUTIES ANIMAL CONTROL OFFICER**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| VS. | § | CITY OF MCKINNEY |
| JACOB COLTON LUCE | § | COLLIN COUNTY, TEXAS |

**TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:**

YOU ARE HEREBY COMMANDED TO SUMMON the Defendant, JACOB COLTON LUCE, to personally appear before the McKinney Municipal Court, 130 S. Chestnut Street, McKinney, Texas 75069; (972) 547-7676 to answer for the above listed charge at a **PRETRIAL HEARING** on:

### July 7, 2026 at 1:30 PM

**To the person summoned above:**

You are ORDERED to personally appear at the McKinney Municipal Court at the time and place stated above and to appear and be present during all proceedings relating to this case. **FAILURE TO APPEAR MAY BE PUNISHABLE AS A CLASS C MISDEMEANOR AND A WARRANT OF ARREST MAY BE ISSUED.**

It is an offense for a person to intentionally influence or coerce a witness to testify falsely or to elude legal process. It is also a felony offense to harm or threaten to harm a witness or prospective witness in retaliation for or on account of the service of the person as a witness or to prevent or delay the person's service as a witness to a crime.

Se le ordena que comparezca personalmente usted al Tribunal Municipal a la hora y el lugar determinado arriba y que comparezca y esté presente durante la toma de declaración del demandado y en todos los procesamientos relacionados con el caso. La falta de comparecer puede ser castigada como un delito de crimen menor Clase C y resulta en orden de arresto.

Es una ofensa que una persona intencionalmente ejerza influencia o coerción sobre un testigo para que testifique falsamente o para eludir el proceso legal. También es una ofensa de delito grave, o felonía, dañar o amenazar a un testigo o testigo en prospecto por retaliación por o debido al servicio que la persona presta como testigo, o prevenir o dilatar los servicios de la persona como testigo de un crimen.

**HEREIN FAIL NOT**, and make due return hereof, showing how you have executed this Summons.

**WITNESS** my official signature, this June 2, 2026 .

x

Judge, McKinney Municipal Cour
Collin County, Texas

---

**OFFICER'S RETURN**

Came to hand the 2nd day of June , 2026, at 244 o'clock P.m., and executed the 2nd day of June , 2026 at 244 o'clock P.m. by:

☑ Delivering a copy of this Summons to the person personally

☐ Leaving a copy of this Summons at the person's dwelling house or usual place of abode with some person of suitable age (age 18 and up) and discretion then residing therein

☐ Mailing a copy of this Summons to the person's last known address.

Address of Summoned Person:

130 S Chestnut St
Mckinney, Tx 75069

Marshal/ Peace Officer's Signature

COPY

RECEIVED JUN 0 2 2026 2:49P.

BY:

**SUMMONS TO APPEAR AT TRIAL**
**CAUSE NUMBER: 25CD221802**
**OFFENSE: INTERFERE DUTIES ANIMAL CONTROL OFFICER**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| VS. | § | CITY OF MCKINNEY |
| JACOB COLTON LUCE | § | COLLIN COUNTY, TEXAS |

**TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:**

YOU ARE HEREBY COMMANDED TO SUMMON the Defendant, JACOB COLTON LUCE, to personally appear before the McKinney Municipal Court, 130 S. Chestnut Street, McKinney, Texas 75069; (972) 547-7676 to answer for the above listed charge at a TRIAL on:

### July 14, 2026 at 8:30 AM

**To the person summoned above:**

You are ORDERED to personally appear at the McKinney Municipal Court at the time and place stated above and to appear and be present during all proceedings relating to this case. FAILURE TO APPEAR MAY BE PUNISHABLE AS A CLASS C MISDEMEANOR AND A WARRANT OF ARREST MAY BE ISSUED.

It is an offense for a person to intentionally influence or coerce a witness to testify falsely or to elude legal process. It is also a felony offense to harm or threaten to harm a witness or prospective witness in retaliation for or on account of the service of the person as a witness or to prevent or delay the person's service as a witness to a crime.

Se le ordena que comparezca personalmente usted al Tribunal Municipal a la hora y el lugar determinado arriba y que comparezca y esté presente durante la toma de declaración del demandado y en todos los procesamientos relacionados con el caso. La falta de comparecer puede ser castigada como un delito de crimen menor Clase C y resulta en orden de arresto. Es una ofensa que una persona intencionalmente ejerza influencia o coerción sobre un testigo para que testifique falsamente o para eludir el proceso legal. También es una ofensa de delito grave, o felonía, dañar o amenazar a un testigo o testigo en prospecto por retaliación por o debido al servicio que la persona presta como testigo, o prevenir o dilatar los servicios de la persona como testigo de un crimen.

HEREIN FAIL NOT, and make due return hereof, showing how you have executed this Summons.

WITNESS my official signature, this June 2, 2026 .



Judge, McKinney Municipal Court
Collin County, Texas

---------------------------------------------------**OFFICER'S RETURN**---------------------------------------------------

Came to hand the 2nd day of June , 2026, at 244 o'clock P .m., and executed the 2nd. day of June , 2026 at 244 o'clock P .m. by:

☑ Delivering a copy of this Summons to the person personally

☐ Leaving a copy of this Summons at the person's dwelling house or usual place of abode with some person of suitable age (age 18 and up) and discretion then residing therein

☐ Mailing a copy of this Summons to the person's last known address.

Address of Summoned Person:

130 S Chestnut St
McKinney, Tx 75069

Marshal/ Peace Officer's Signature

COPY

RECEIVED JUN 0 2 2026  2:48 PM

BY: EL

## SUMMONS TO APPEAR AT PRE-TRIAL HEARING
### CAUSE NUMBER: 25CD221801
### OFFENSE: ANIMAL - FAIL TO RESTRAIN (LEASH)

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| VS. | § | CITY OF MCKINNEY |
| JACOB COLTON LUCE | § | COLLIN COUNTY, TEXAS |

**TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:**

YOU ARE HEREBY COMMANDED TO SUMMON the Defendant, JACOB COLTON LUCE, to personally appear before the McKinney Municipal Court, 130 S. Chestnut Street, McKinney, Texas 75069; (972) 547-7676 to answer for the above listed charge at a **PRETRIAL HEARING** on:

### July 7, 2026 at 1:30 PM

To the person summoned above:

You are ORDERED to personally appear at the McKinney Municipal Court at the time and place stated above and to appear and be present during all proceedings relating to this case. **FAILURE TO APPEAR MAY BE PUNISHABLE AS A CLASS C MISDEMEANOR AND A WARRANT OF ARREST MAY BE ISSUED.**

It is an offense for a person to intentionally influence or coerce a witness to testify falsely or to elude legal process. It is also a felony offense to harm or threaten to harm a witness or prospective witness in retaliation for or on account of the service of the person as a witness or to prevent or delay the person's service as a witness to a crime.

Se le ordena que comparezca personalmente usted al Tribunal Municipal a la hora y el lugar determinado arriba y que comparezca y esté presente durante la toma de declaración del demandado y en todos los procesamientos relacionados con el caso. La falta de comparecer puede ser castigada como un delito de crimen menor Clase C y resulta en orden de arresto.

Es una ofensa que una persona intencionalmente ejerza influencia o coerción sobre un testigo para que testifique falsamente o para eludir el proceso legal. También es una ofensa de delito grave, o felonía, dañar o amenazar a un testigo o testigo en prospecto por retaliación por o debido al servicio que la persona presta como testigo, o prevenir o dilatar los servicios de la persona como testigo de un crimen.

**HEREIN FAIL NOT,** and make due return hereof, showing how you have executed this Summons.

**WITNESS** my official signature, this June 2, 2026.



Judge, McKinney Municipal Court
Collin County, Texas.

---

**OFFICER'S RETURN**

Came to hand the 2nd day of June, 2026, at 2:44 o'clock P.m., and executed the 2nd day of June, 2026 at 2:44 o'clock P.m. by:

☑ Delivering a copy of this Summons to the person personally

☐ Leaving a copy of this Summons at the person's dwelling house or usual place of abode with some person of suitable age (age 18 and up) and discretion then residing therein

☐ Mailing a copy of this Summons to the person's last known address.

Address of Summoned Person:
130 S Chestnut St
McKinny, Tx 75069

Marshal/ Peace Officer's Signature

COPY

RECEIVED JUN 0 2 2026 2:50 PM
BY: EL

SUMMONS TO APPEAR AT TRIAL
CAUSE NUMBER: 25CD221801
OFFENSE: ANIMAL - FAIL TO RESTRAIN (LEASH)

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| VS. | § | CITY OF MCKINNEY |
| JACOB COLTON LUCE | § | COLLIN COUNTY, TEXAS |

**TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:**

YOU ARE HEREBY COMMANDED TO SUMMON the Defendant, JACOB COLTON LUCE, to personally appear before the McKinney Municipal Court, 130 S. Chestnut Street, McKinney, Texas 75069, (972) 547-7674 to answer for the above charge at a **TRIAL** on:

### July 14, 2026 at 8:30 AM

To the person summoned above:

You are ORDERED to personally appear at the McKinney Municipal Court at the time and place stated above and to appear and be present during all proceedings relating to this case. **FAILURE TO APPEAR MAY BE PUNISHABLE AS A CLASS C MISDEMEANOR AND A WARRANT OF ARREST MAY BE ISSUED.**

It is an offense for a person to intentionally influence or coerce a witness to testify falsely or to elude legal process. It is also a felony offense to harm or threaten to harm a witness or prospective witness in retaliation for or on account of the service of the person as a witness or to prevent or delay the person's service as a witness to a crime.

Se le ordena que comparezca personalmente usted al Tribunal Municipal a la hora y el lugar determinado arriba y que comparezca y esté presente durante la toma de declaración del demandado y en todos los procesamientos relacionados con el caso. La falta de comparecer puede ser castigada como un delito de crimen menor Clase C y resulta en orden de arresto. Es una ofensa que una persona intencionalmente ejerza influencia o coerción sobre un testigo para que testifique falsamente o para eludir el proceso legal. También es una ofensa de delito grave, o felonía, dañar o amenazar a un testigo o testigo en prospecto por retaliación por o debido al servicio que la persona presta como testigo, o prevenir o dilatar los servicios de la persona como testigo de un crimen.

**HEREIN FAIL NOT**, and make due return hereof, showing how you have executed this Summons.

**WITNESS** my official signature, this June 2, 2026.



Judge, McKinney Municipal Court
Collin County, Texas.

---

**OFFICER'S RETURN**

Came to hand the 2nd day of June, 2026 at 2PM o'clock P .m., and executed the 2nd day of June, 2026 at 2PM o'clock P .m. by:

☑ Delivering a copy of this Summons to the person personally

☐ Leaving a copy of this Summons at the person's dwelling house or usual place of abode with some person of suitable age (age 18 and up) and discretion then residing therein

☐ Mailing a copy of this Summons to the person's last known address.

Address of Summoned Person:

130 S Chestnut St
McKinney, TX 75069



Marshal/ Peace Officer's Signature



RECEIVED
JUN 0 2 2026  2:50 PM

BY: EL

COPY