THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JACOB LUCÉ, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:26-CV-00191-SDJ-BD |
| | § | |
| CITY OF MCKINNEY, TEXAS, ET AL. | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 26, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #29), that Plaintiff's Motion for a Preliminary Injunction, (Dkt. #24), be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion for a Preliminary Injunction, (Dkt. #24), is **DENIED**.

**So ORDERED and SIGNED this 21st day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE